

Thomas A. Aceituno
PO Box 189
Folsom, CA 95763-0189
Telephone: (916) 985-6486
e-mail: trustee@acetrustee.com

Bankruptcy Trustee

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

In Re,

LARRY JENNINGS

BARBARA LOUISE JENNINGS

    Debtor(s)

Case No. 11-35496-C-7

DCN: TAA-1
DATE: November 8, 2011
TIME: 9:30 AM
DEPT.: C

MOTION FOR SALE OF ASSETS

and

DECLARATION OF THOMAS A. ACEITUNO

I, THOMAS A. ACEITUNO, the duly appointed trustee in the above entitled matter, hereby move for an order authorizing the sale of assets of the estate described below for a total of $75,000 subject to overbids at the time of hearing:

1. Larry Jennings and Barbara Jennings (hereafter the "Debtors") filed Chapter 7 Bankruptcy in the US Bankruptcy Court, Eastern District of California on June 22, 2011 (Case No 2011-35496-C-7). Thomas A. Aceituno is the duly appointed Trustee of the bankruptcy estate.

2. At the time of the filing of the case, the Debtors held a seventy-five percent interest in a cabin commonly known as 998 Pomo Road, Lake Tahoe, California (hereafter the "Cabin"). The Cabin is also referred to as Lot 96 of the Spring Creek Summer Homes tract in El Dorado County, California. The Cabin occupies real property under a Special Use Permit issued by the US Forest Service. The interest held by the Jennings in the Cabin is an asset of the bankruptcy estate.

3. Debtors have made no claim of exemption in the interest in the Cabin. There are no known liens against the interest in the Cabin.

4. As Trustee of the Elba Larson Trust, Donald F. House has made an offer to purchase the bankruptcy estate's interest in the Cabin on behalf of the Elba Larson Trust.

5. A copy of the Agreement is filed herein as Exhibit 1. The major terms of the agreement are as follows:

   a. The gross purchase price is $75,000.00.
   b. The purchase is subject to the consideration by the court of overbids at the time of hearing.
   c. Full payment is due within ten business days of the date of entry of an order approving this sale.
   d. The sale of the interest in the Cabin is without representations or warranties of any nature regarding the validity, term, condition, or other

matters affecting the interest in the Cabin and/or the Special Use Permit under which the Cabin occupies the site.

For the reasons above, I pray for an order of the court as follows:

1. Authorizing the sale of the Cabin as described above; and

2. Authorizing the Trustee to execute all documents necessary to conclude the sale.

Respectfully submitted:

DATE: October 6, 2011 /s/ Thomas A. Aceituno

## DECLARATION OF THOMAS A. ACEITUNO

I, Thomas A. Aceituno, hereby declare under penalty of perjury:

1. I am the Trustee in this case.

2. I have reviewed all of the foregoing and it is true and correct and if called I would so testify.

DATE: October 6, 2011 /s/ Thomas A. Aceituno